IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAXIMILIANO GUILLEN, et al., | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | NO. 14-6213 |
| SPIRIT DELIVERY & DISTRIBUTION SERVICES, INC., | : | |
| | : | |
| Defendant. | | |

## **ORDER**

AND NOW, this 28th day of May, 2015, at the request of counsel, it is hereby ORDERED that the settlement conference scheduled for Wednesday, June 3, 2015 is canceled until further notice of the Court.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE