IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAXIMILIANO GUILLEN et al | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 14-6213 |
| SPIRIT DELIVERY & DISTRIBUTION SERVICES INC. | : |

## ORDER

AND NOW, this 16th day of July 2015, upon consideration of the attached July 16, 2015 letter reporting the settlement of the above caption matter, it is **ORDERED** this action is **DISMISSED** without costs, pursuant to agreement of counsel and Local Rule of Civil Procedure 41.1(b).

KEARNEY, J.

# SALMON ♦ RICCHEZZA ♦ SINGER & TURCHI LLP

ARNOLD E. CAPRIOTTI, JR.
215-606-6661
acapriotti@srstlaw.com

www.srslaw.com

1601 MARKET STREET
SUITE 2500
PHILADELPHIA, PA 19103

TELEPHONE: 215-606-6600
FAX: 215-606-6601

July 16, 2015

**VIA FAX (267) 299-5023**
The Honorable Mark A. Kearney
Judge, United States District Court
Room 5118, U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: Guillen, Maximiliano and Nubia, h/w v. Spirit Delivery & Distribution Svcs Inc
Date of Loss: 03/07/2013
Our File No.: 102823
Telephone No.: 215-575-7600

Dear Judge Kearney,

Please be advised that the above matter settled at mediation on July 15, 2015. Kindly note this settlement on the docket pursuant to Local Rule 41.1(b).

Thank you.

Respectfully submitted,

**SALMON, RICCHEZZA, SINGER & TURCHI** LLP

By: /s/ Arnold E. Capriotti, Jr. Esquire
Arnold E. Capriotti, Jr., Esquire

AEC/ddf
Enclosures

cc: Agostino Cammisa, Esquire (*via facsimile*)

{J0186480.DOCX}

PHILADELPHIA, PA ♦ SEWELL, NJ ♦ WILMINGTON, DE ♦ NEW YORK, NY